CBD:JEG
F.#2006R00175

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 15 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA            ORDER

   - against -                     Cr. No. 06-103 (DGT)

JUAN ANDRES GOMEZ,

       Defendant.

- - - - - - - - - - - - - - - -X

      Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Jonathan E. Green,

      IT IS HEREBY ORDERED that the indictment in the above referenced case is dismissed without prejudice as to the defendant JUAN ANDRES GOMEZ.

Dated:   Brooklyn, New York
         May 11, 2006

SO ORDERED:    s/David G. Trager
               THE HONORABLE DAVID G. TRAGER
               UNITED STATES DISTRICT JUDGE
               EASTERN DISTRICT OF NEW YORK